U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 0 2 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANGELA LEMOINE, et al | CIVIL ACTION NO. 06-0953-A |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| WESTSIDE HABILITATION CENTER, et al | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiffs' motion to remand [11] is GRANTED and this case is remanded to the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana.

IT IS FURTHER ORDERED that plaintiffs' motion for attorney fees is DENIED

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28th day of September 2006.

UNITED STATES DISTRICT JUDGE